730 A.2d 960

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Ryan O. CUPPS, Petitioner.**

Supreme Court of Pennsylvania.

July 1, 1999.

## *ORDER*

PER CURIAM:

AND NOW, this 1st day of July, 1999, we **GRANT** the Petition for Allowance of Appeal, **VACATE** the ORDER of the Superior Court, and **REMAND** to the trial court for further consideration in light of this Court's decision in *Commonwealth v. Anders*, 725 A.2d 170 (Pa.1999).